**Order entered April 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01445-CV

### GARY GILLIAM, Appellant

### V.

### POETRY LANDING, LLC, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CI18-0024**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee's January 31, 2019 motion to dismiss.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE